UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 15 2017
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

James Thomas

Plaintiff(s),

v.

Defendant(s).

Audrey macklin
bobby Thompson
The city of New york
The Department of corr
Etc

**COMPLAINT**
(Pro Se Prisoner)

Case No. 9:17-cv-531
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☑ Yes
☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Fed. R. Civ. P. 5.2.

I.   **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☑ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. **PLAINTIFF(S) INFORMATION**

Name: James Thomas
Prisoner ID #: 15A4101
Place of detention: SouthPort Corr Fac
Address: PoBox 2000
Pine City New York 14871-2000

Indicate your confinement status when the alleged wrongdoing occurred:
- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: Macklin  Audrey
Name (Last, First)

Job Title

Work Address: ~~Corrections bureau~~ 1 state st middletown
~~Brooklyn~~   NY   10940
City        State        Zip Code

Defendant No. 2: Capt white
Name (Last, First)

Job Title: capt white corrections officer

2

C-95 18-18 Hazan st
**Work Address**
East Elumhurst NY 11370

City      State      Zip Code

**Defendant No. 3:** bobby Thompson
Name (Last, First)

Job Title

FBI
**Work Address**

City      State      Zip Code

**Defendant No. 4:** Montanez
Name (Last, First)

Job Title

ESU Correction staff
**Work Address**
C-95 18-18 Hazen st East Elumhurst
City NY    11370    State    Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

Since the year of aug 5 1981 i James thomas has been getting Raped and sodemized by audrey macklin and bobby Thompson at 2131 Clinton Ave IN Bx NY who claim to be a federal officer. on Dec 23 1994 I was called from a half a block away by lakeya Lessington to come from 984 Bronx Park south and into Lambert and i was handed a cell phone and gauhs at 10-10 west forms sq Apt 19H Bx NY 10460 told me over the Phone that its not good to report sexual abuse and i was then shot by Audrey macklin and Audrey macklin then killt Lindy Rollin with gun. I was taken to hospital and treated. On Jan 10 1995 I was shot by Audrey macklin again in Contona Park and taken to hospital and treated IN the year of deery or on or about Jan 10 7 014 I was in a excessive use of force with officer montanez for trying to report Audrey macklin because she has ties into DOC. I was taken to hospital and treated. In the year on or about I was visted by Antonio madera who threaten me on visit telling me if I report Audrey macklin he will kill me and i was in a use of force that was excessive and cart white lead team and i was beaten and taken to hospital. On or about feb 16 2016 I was subjected to another use of force for trying to report Audrey macklin and sNd i was beatin on company and in Clinic in Clinton corr fac. On or about dec 10 2016 I was in a excessive use of force with corr staff for trying to report Audrey macklin and situation took place in my cell and i was treated by hospital. Shot between legs And leg and back

V. **STATEMENT OF CLAIM(S)**

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

Audrey macklin shot me and murded Lindy Rollin and i am being attack for trying to Report crime. above is reflection of statement of claim also. my relief is to Report Audrey macklin for murder and 100 million dollars