UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES THOMAS,

      Plaintiff,

-against-

AUDREY MACKLIN, *et al.*,

      Defendants.

17-CV-6074 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

  By order dated September 12, 2017, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. On October 26, 2017, the Court learned that Plaintiff had moved to another correctional facility and directed the Clerk of Court to resend its September 12 order to Plaintiff at his new address. Plaintiff has not filed an IFP application and prisoner authorization, paid the fee, or made any contact with the Court. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: December 12, 2017
    New York, New York

                  COLLEEN McMAHON
                 Chief United States District Judge